IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITE HERE HEALTH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 13 C 2250 |
| | ) | |
| AEROSTAR DEVELOPMENT, INC., d/b/a | ) | JUDGE SAMUEL DER-YEGHIAYAN |
| PAJARO VALLEY GOLF CLUB, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, AEROSTAR DEVELOPMENT, INC., d/b/a PAJARO VALLEY GOLF CLUB, in the total amount of $196,452.46, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,850.00.

On June 5, 2013, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents personally to Charles Leider, President of Defendant corporation at Pajaro Valley Golf Club) (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on June 26, 2013. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Laura M. Finnegan

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 10th day of July 2013:

        Mr. Stephen Pahl, Registered Agent
        Aerostar Development, Inc.
        160 W. Santa Clara Street
        San Jose, CA   95113-1701

        Mr. Robert Bowker
        Pajaro Valley Golf Club
        967 Salinas Road
        Royal Oaks, CA   95076-5429

        Mr. Charles Leider, President
        Aerostar Development, Inc.
        c/o Pajaro Valley Golf Club
        967 Salinas Road
        Royal Oaks, CA   95076-5429

        /s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Aerostar Development\motion for default judgment.lmf.df.wpd